**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Glen Alum Holding, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4236229** |

4. **Debtor's address**

**Principal place of business**

**2720 Pennsylvania Ave.**
**Suite A**
**Charleston, WV 25302**
Number, Street, City, State & ZIP Code

**Kanawha**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Glen Alum Holding, LLC | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2121

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | See Attachment | | Relationship _____ |
|---|---|---|---|---|
| | District _____ | When _____ | | Case number, if known _____ |

Debtor  **Glen Alum Holding, LLC**                                              Case number (*if known*)
        Name

| | |
|---|---|
| **11. Why is the case filed in** *this district*? | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**████  Statistical and administrative information**

**13. Debtor's estimation of available funds**         *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Glen Alum Holding, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  3, 2016**
                      MM / DD / YYYY

**X** **/s/ Julian McIntyre**                    **Julian McIntyre**
Signature of authorized representative of debtor        Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Gary Kinder**              Date  **July  3, 2016**
Signature of attorney for debtor                MM / DD / YYYY

**Gary Kinder**
Printed name

**Kinder Law Office**
Firm name

**2210 Washington St. E.**
**Charleston, WV 25311**
Number, Street, City, State & ZIP Code

Contact phone  **304-760-5335**     Email address  **gary@kinderlawoffice.com**

**7732**
Bar number and State

Debtor    **Glen Alum Holding, LLC**
          Name                                                                    Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (*if known*) _____    Chapter    **7**

☐ Check if this an
   amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Blackthorn Mining Company, LLC** | Relationship to you | **Affiliate** |
| District | **Southern District of West Virginia** | When **7/03/16** | Case number, if known |
| Debtor | **Glen Alum Land, LLC** | Relationship to you | **Affiliate** |
| District | **Southern District of West Virginia** | When **7/03/16** | Case number, if known |
| Debtor | **Glen Alum Operations, LLC** | Relationship to you | **Affiliate** |
| District | **Southern District of West Virginia** | When **7/03/16** | Case number, if known |
| Debtor | **Jenever, LLC** | Relationship to you | **Affiliate** |
| District | **Southern District of West Virginia** | When **7/03/16** | Case number, if known |

**Fill in this information to identify the case:**

Debtor name      **Glen Alum Holding, LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 3, 2016**          X **/s/ Julian McIntyre**
                                                 Signature of individual signing on behalf of debtor

                                                 **Julian McIntyre**
                                                 Printed name

                                                 **Authorized Representative**
                                                 Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### Southern District of West Virginia

In re  __Glen Alum Holding, LLC__                                         Case No. _____

                                        Debtor(s)       Chapter    __7_____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:  __July  3, 2016__                    __/s/ Julian McIntyre__
                                        __Julian McIntyre/Authorized Representative__
                                        Signer/Title

A & S Sanitation Inc
135 Crosstie Lane
Tazewell, VA 24651


A Basket of Blessings
Rt 52 Central Ave
Gilbert, WV 25621


A& S Sanitation Inc
135 Crosstie Lane
Tazewell, VA 24651


A&K Merchandise
PO Box 9286
Charleston, WV 25309


A-1 Service Shop Inc
PO Box 282
Wharncliffe, WV 25651


A.L. Lee Corporation
PO Box 3463
Charleston, WV 25334


ABC Fire Services LLC
PO Box 1053
Lavalette, WV 25535


ABM Parking Services
3000 Charleston Town Center
Charleston, WV 25389


ACC/United Communications
PO Box 6650
Wheeling, WV 26003


Acculab Inc
167 Stollings Ave
Logan, WV 25601


ACF Partners LLC
PO Box 1624
Hazard, KY

Adams Heating & Cooling
PO Box 719
Delbarton, WV 25670


Admiral Insurance Company
1000 Howard Blvd., Ste. 300
PO Box 5430
Mount Laurel, NJ 08054


ADP, LLC
1851 N Resler Drive MS-100
El Paso, TX 79912


Advanced Techncial Solutions LLC
PO Box 149
Scott Depot, WV 25560


Air Technologies
PO Box 73278
Cleveland, OH 44193


Airgas - Mid America Inc
PO Box 802615
Chicago, IL 60682-6150


AlarmPro
Po Box 920
Williamstown, NJ 08094


All Make Solutions
PO Box 1651
Middletown, OH 45042


All Make Solutions
2531 N. Verity Pkwy.
Middletown, OH 45042


All Make Solutions
c/o Atkins & Ogle Law (Notice Only)
105 River Vista Drive
PO Box 300
Buffalo, WV 25033

Alliant
Chantilly-Alliant Ins Svc Inc
9901 Business Pkwy Ste 300
Silver Spring, MD 20910


American Block Co Inc
PO Box 5365
Princeton, WV 24740


American Block Company, Inc.
460 Courthouse Road
Princeton, WV 24720-2422


American Block Company, Inc.
c/o Jerry J. Cameron (Notice Only)
Brewster, Morhous, Cameron, Caruth, Moor
418 Bland St., PO Box 529
Bluefield, WV 24701


American Floor Mats
152 Rollins Ave #102
Rockville, MD 20852


American Hydraulics & Rebuild
PO Box 26
Logan, WV 25601


American Mine Services
PO Box 309
Man, WV 25635


Andy McKenzie
PO Box 214
Peach Creek, WV 25639


Anthem Blue Cross and Blue Shield
PO Box 226777
Dallas, TX 75222


Anthony Samson
HC 88 Box 500C
Baisden, WV 25608

Appalachian Electric Power
PO Box 24415
Canton, OH 44701-4415


Appalachian News-Express
PO Box 802
Pikeville, KY 41502


Appalachian Power
PO Box 24413
Canton, OH 44701


Appalachian Wireless
PO Box 630734
Cincinnati, OH 45263-0734


Applied Industrial Technologies
PO Box 905794
Charlotte, NC 28290-5794


Aracoma Contracting Inc
PO Box 319
Mount Gay, WV 25637


ARAMARK
PO Box 905810
Charlotte, NC 28290-5810


Aramark Uniform Services LLC
PO Box 1027
Bluefield, VA 24605-1027


AT&T
PO Box 6463
Carol Stream, IL 60197-6463


ATS
PO Box 149
Scott Depot, WV 25560


Avis Witten Witten & Wandling LC
229 Stratton Street
Logan, WV 25601

B Stanley Gill
1119 Jefferson Road
Charleston, WV 25309


B&B Equipment Repair LLC
RT 1 Box 299C
Delbarton, WV 25670


B&M Repair Inc
PO Box 4546
Chapmanville, WV 25508


Barone Brothers Pizza
2777 Pensylvania Avenue
Charleston, WV 25302


Barron's
1211 Avenue of the Americas
New York, NY 10036


Bays Technical Services LLC
411 Main Street
Mount Hope, WV 25880


Beckley Welding Supply Inc
PO Box 1027
Beckley, WV 25802


Belo Mine Supply Inc
PO Box 249
Chattaroy, WV 25667


Bill West
754 S. Dogwood
Berea, KY 40403


Bill's Electronics Inc
PO Box 1559
Logan, WV 25601


Billy Joe Hatfield
PO Box 579
Lenore, WV 25676

BJW Printing & Office Supplies, Inc
PO Box 1309
Beckley, WV 25802


BMS Natural Resources Inc
PO Box 128
Milton, WV 25541


Bobby Pinter
112 Landon Wood Street
Princeton, WV 24740


Bonnie's Place
Bens Creek Station Rd
Wharncliffe, WV 25651


Bovaro Partners
3121 St Paul St
Suite 29
Baltimore, MD 21218


Brad Justice
PO Box 142
Justice, WV 24851


Brake Supply Company Inc
4280 Paysphere Circle
Chicago, IL 60674


Brake Supply Company Inc
278 Commerce Drive
Beaver, WV 25813


Brake Supply Company Inc
c/o Ryan S. Marsteller (Notice Only)
Bailes, Craig & Yon, PLLC
PO Box 1926
Huntington, WV 25720-1826


Brandon Estep
63 Worm Hollow
Mc Carr, KY 41544

Brian Colangelo
PO Box 1651
Gilbert, WV 25621


Bridge View Candles
6 Chilton Manon Apt D
Charleston, WV 25314


Bright Star Satellite
112 East Main St
Mc Arthur, OH 45651


Browing Hydraulic Service
PO Box 1154
Logan, WV 25601


Bureau of Child Support Enforcement
PO Box 247
Charleston, WV 25321


Butch's Autobody Specialties Inc
43 Coleman Rd
PO Box 943
Belfry, KY 41514


BWB Enterprise
WV Route 49
Matewan, WV 25678


C&B Blueprint, Inc.
824 6th Street
Huntington, WV 25701-2618


C&C Leasing & Excavating Inc
PO Box 1869
Oceana, WV 24870


Cables to Go
3555 Kettering Road
Dayton, OH 45404


CAM Mine Service LLC
PO Box 208
Lenore, WV 25676

Caney Creek Contracting Inc
PO Box 242
Mount Hope, WV 25880


Carbon Fuels Properties LLC
PO Box 5220
Ashland, KY 41105


Carbon Resources Development
2843 Grandview Road
Beaver, WV 25813


Carolina Carports Inc
PO Box 1263
Dobson, NC 27017


Carpenter's Repair, Inc.
PO Box 415
Lake, WV 25121


Carroll Engineering Co Inc
PO Box 860
Harlan, KY 40831


Carroll Engineering Company
227 Industrial Park Dr
Harlan, KY 40831


Carroll Engineering Company
c/o Robert D. Pollit (Notice Only)
Steptoe & Johnson, PLLC
707 Virginia St., E, 8th Flr.
Charleston, WV 25301


Carroll Engineering Company
c/o Robert D. Pollitt
Steptoe & Johnson, PLLC
PO Box 1588
Charleston, WV 25326-1588


Caterpillar Global Mining America LLC
Attn: Cindy Nettles
PO Box 267
6755 S. Howell Ave.
Oak Creek, WI 53154

Caterpillar Global Mining America LLC
c/o Briana J. Marino (Notice Only)
Babst Calland, P.C.
300 Summers St., Ste. 1000
Charleston, WV 25301


Caterpillar Global Mining America LLC
c/o Matthew S. Casto
Babst Calland, P.C.
300 Sumers St., Ste. 1000
Charleston, WV 25301


Caudill Seed Company Inc
1402 W Main St
Louisville, KY 40203


Central Garden & Pet Pennington Seed Inc
PO Box 27743
Atlanta, GA 30384-7743


Central Hydraulic Services Inc
PO Box 1170
Logan, WV 25601


Centrifugal Services Inc
5595 Highway 34 North
Raleigh, IL 62977


Charles Evans
PO Box 570
Inez, KY 41224


Charleston Blueprint Inc
1203 Virginia Street E
Charleston, WV 25301


Charleston Newspapers
PO Box 2993
Charleston, WV 25330


Charleston Parking System
PO Box 7828
Charleston, WV 25356-0827

Chemec Company
PO Box 8675
Charleston, WV 25303


Christopher Conley
PO Box 997
Chapmanville, WV 25508


Chuck's Auto Parts LLC
PO Box 309
Gilbert, WV 25621


Cincinnati Mine Machinery Co
PO Box 23128
Cincinnati, OH 45223-0128


Cindy Lester
PO Box 649
Hanover, WV 24839


Circle L and L Co Inc
PO Box 1244
Raven, VA 24639


City of Santa Barbara
Parking Citation Section
PO Box 2547
Santa Barbara, CA 93120-2547


Classic Conveyor Components
PO Box 602122
Charlotte, NC 28260-2122


Classic Tent and Signs
702 Short Street
Charleston, WV 25303


Cline Lumber
Route 52
Iaeger, WV 24844


Cogar Manufacturing Inc
PO Box 532
Beckley, WV 25802

Compliance Monitoring
50 Caney Branch Rd Ste #1
Chapmanville, WV 25508


Comptroller of Maryland
Revenue Admin. Division
Annapolis, MD 21411


Conflow Inc
270 Meadowlands Blvd
Washington, PA 15301


Convenant Pump Sales LLC
PO Box 103
Stollings, WV 25646


Conveyor Manufacturing & Supply Inc
PO Box 665
Holden, WV 25625


Corky Wells Electric Inc
PO Box 203
Rush, KY 41168


Cornelius Davis Jr
PO Box 1955
Pineville, WV 24874


Corporate Identity Inc
109 Goff Mountain Road
Charleston, WV 25313


Craddock Machine Shop Inc
PO Box 466
Stollings, WV 25646


Crest Supply Co Inc
1040 Scenic Highway
Summersville, WV 26651


Crowd Transporters Inc
PO Box 159
Betsy Layne, KY 41605

CSE Corporation
Dept L 578 P
Pittsburgh, PA 15264-0578


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


CT Repair
PO Box 250
Richlands, VA 24641


Customer's Glass and Carpet Inc
PO Box 191
Belfry, KY 41514


D. Deel Trucking
1027 Burr Oak Road
Haysi, VA 24256


D.J. Evans Enterprise, Inc.
PO 184
Justice, WV 24851


Dadoo Trucking Inc
PO Box 249
Matewan, WV 25678


Dale Christian
1404 Grandview Gardens
Kenova, WV 25530


Damascus Equipment of WV Inc
RR 1 Box 70A
Delbarton, WV 25670


Dan Smith
216 Pine Circle
Dunbar, WV 25064


Daniel Williamson
PO Box 256
Verdunville, WV 25649

Darin Fisher
1516 Quarrier Street E
Charleston, WV 25311


David J Hatfield
HCR 67 Box 24
Coal Mountain, WV 24823


Decanter Machine Inc
3622 Bristol Highway
Johnson City, TN 37601


Dee West
754 South Dogwood
Berea, KY 40403


Del-Mar Hydraulic Service Inc
PO Box 5239
Logan, WV 25601


Deluxe Business Checks and Solutions
PO Box 64468
Saint Paul, MN 55164-4468


Dept of Environmental Protection
Division of Water & Waste Mgmt
PO Box 364
Charleston, WV 25322


Derrick Corporation
590 Duke Road
Buffalo, NY 14225


Development Specialists, Inc.
Three First National Plaza
Chicago, IL 60602-4250


DFM Inc
Box 367
Allen, KY 41601


Diamond Mining Associates LLC
331 George Kostas Dr
Logan, WV 25601

Dick Busick
785 Mountain View Dr
Wytheville, VA 24682


Dinsmore & Shohl LLP
PO Box 640635
Cincinnati, OH 45264


Division of Revenue
Lexington-Fayette Urban Co Gov
PO Box 14058
Lexington, KY 40512


DJ Evans Enterprise Inc
PO Box 184
Justice, WV 24851


Donald Davis
PO Box 525
Davin, WV 25617


Donavan New
1339 North Spring Rd
North Spring, WV 24869


Door Products LLC
PO Box 20004
Tallahassee, FL 32316-0004


Doss Engineering Inc
2313 Woodland Avenue SW
Charleston, WV 25303


Drill Steel Services Inc
4898 HWY 15
Whitesburg, KY 41858


DSI Underground Systems Inc
PO Box 637762
Cincinnati, OH 45263-7762


E-Z Haul Inc
8133 US 23 South
Pikeville, KY 41501

East Equipment Company
242 East 2nd Ave
Williamson, WV 25661


East Kentucky Water Monitoring Inc
PO Box 913
Staffordsville, KY 41256


East River Mining Services, Inc.
218 Maple Leaf Drive
Bluefield, VA 24605


Eastern Machine & Conveyor
PO Box 742
Donora, PA 15033


Eastern Products Co Inc
PO Box 1959
Williamson, WV 25661


Eastern Screens & Drives Inc
402 Teays Branch Rd
Paintsville, KY 41240


Eastern States Mine Supply
PO Box 538
Madison, WV 25130


Eastern Vault Company Inc
PO Box 1134
Princeton, WV 24740


EBS-RMSCO Inc
PO Box 332
Liverpool, NY 13088


ECI LLC
PO Box 4008
Frankfort, KY 40604


Economy Tank Company
99 Winfield Rd
Saint Albans, WV 25177

ECSI, LLC
340 South Broadway
Suite 200
Lexington, KY 40508-2553


Electric Line Co Inc
PO Box 1167
Williamson, WV 25661


Electric Motor Service
PO Box 511
Stollings, WV 25646


Electro-Quip Servcie Corporation
PO Box 1208
Beckley, WV 25801


Electronic Laboratories Inc
PO Box 149
Logan, WV 25601


Electronics Communications of WV Inc
408 Old Goff Mountain Rd
Charleston, WV 25313


Elk Valley Public Service District
100 Bream Drive
Elkview, WV 25071


Ellis Lumber & Supply Inc
PO Box 270
Accoville, WV 25606


Elmer Prater
PO Box 159
Edgarton, WV 25672


Energy & Environmental Cabinet Dept.
2 Hudson Hollow
Frankfort, KY 40601


Energy Machinery Inc
PO Box 1022
Beckley, WV 25802

Energy Publishing LLC
224 South Peters Rd
Knoxville, TN 37923


Environmental Design Consultants Inc
43 Village St
Pikeville, KY 41501


Erica Chambers
2390 Lancaster Road
Richmond, KY 40475


Ernst & Young
Pittsburg Natl Bank - Pitt 640382
PO Box 640382
Pittsburgh, PA 15264-0382


Erun Coal Sales Inc
2087 Taber Road
Bluefield, WV 24701


Eugene Preece
406 Noseben Fork Rd
Belfry, KY 41514


Eula Waddell
3996 Holder Farm Road
Liberty, NC 27798


Eva Perry
2220 Edison Ave NE
Atlanta, GA 30305-4311


Fairmont Supply Co.
75 Remittance Drive
Dept 1404
Chicago, IL 60675-1404


Fatboyz Auto Body & Frame
31 Zion Lane
Kimper, KY 41539

FCPS
Tax Collection Office
PO Box 55570
Lexington, KY 40555-5570


Fedex
PO Box 371461
Pittsburgh, PA 15250-7461


Fedex Freight
PO Box 223125
Pittsburgh, PA 15251-2125


Fenner Dunlop Americas Inc
PO Box 347625
Pittsburgh, PA 15251-4625


Fireball Enterprises Inc
PO Box 836
Mount Gay, WV 25637


First Insurance Funding Corp
PO Box 66468
Chicago, IL 60666-0468


Five R's Contracting Inc
18 Montana Estates
Charleston, WV 25313


Flaherty Sensabaugh & Bonasso pllc
200 Capitol St
Charleston, WV 25338-3843


FloMin Coal Inc
PO Box 405655
Atlanta, GA 30384-5655


FLSmidth Salt Lake City Inc
16002 Winfield Road
Fraziers Bottom, WV 25082


FLSmith Krebs Inc
PO Box 934793
Atlanta, GA 31193

Forbes
PO box 5471
Harlan, IA 51593-0974


Foreign Affairs Magazine
PO Box 62043
Tampa, FL 33662-0438


FoxFire Consultants Inc
PO Box 1844
Gilbert, WV 25621


Frontier
PO Box 20550
Rochester, NY 14602


FTI Consulting Inc
PO Box 418178
Boston, MA 02241-8178


Gallagher Coal Research Center Inc
PO Box 1227
Crab Orchard, WV 25827


Garrett Epling
PO Box 188
Matewan, WV 25678


Gary Paxton
6477 Little Sandy Road
Elkview, WV 25071


Gary Pope
PO Box 121
Newtown, WV 25686


Gary Smith
2006 Orchard Ave
Belle, WV 25015


Gaylock Wrecker Service Inc
PO Box 91
Mount Gay, WV 25637

Genuine Auto Parts dba NAPA
c/o James B. Atkins (Notice Only)
Atkins & Ogle Law Offices, LC
105 River Vista Dr., PO Box 300
Buffalo, WV 25033


Genuine Parts Company dba NAPA
PO Box 409043
Atlanta, GA 30384-9043


Genuine Parts Company dba NAPA
c/o Bree Whipp Ogle
Atkins & Ogle Law Offices, LC
105 River Vista Dr., PO Box 300
Buffalo, WV 25033


Gilbert Coal Testing Inc
147 11th Avenue
Charleston, WV 25303


Grainger
8211 Bavaria Rd
Macedonia, OH 44056


Granite State Insurance Company
175 Water Street
New York, NY 10038


Great Midwest Insurance Company
800 Gessner Rd., Ste. 600
Houston, TX 77024


Guardian
PO Box 677458
Dallas, TX 75267-7458


Guardo Security LLC
PO Box 64
Belfry, KY 41514


Hampden Coal LLC
PO Box 1389
Gilbert, WV 25621

Hannon Electric Company
5559 Robert C Byrd Road
Mount Hope, WV 25880


Hannon Electric Company
c/o James M. Brown (Notice Only)
Pullin, Fowler, Flanagan, Brown & Poe
600 Neville St., Ste. 201
Beckley, WV 25801


Happy Trucking Inc
PO Box 701
Mc Carr, KY 41544


Harold May
PO Box 93
Red Jacket, WV 25692


Harris & Trotter
65 New Cavendish St
London WIG 7LS


HD Supply Water Works
50 Rocky Branch Rd
Alum Creek, WV 25003


Healthscope Benefits Inc
PO Box 660032
Dallas, TX 75266-0032


HealthSmart
PO Box 2981
Charleston, WV 25330


Heartland Publications LLC
15397 Collections Center Dr
Chicago, IL 60693


Heintzmann Corporation
PO Box 301
Cedar Bluff, VA 24609

Heintzmann Corporation
c/o Russell Presley, II (Notice Only)
Street Law Firm
PO Box 2100, 1142 Riverview St.
Grundy, VA 24614


Heintzmann Corporation
c/o Arnold Janicker (Notice Only)
Jenkins Fenstermaker, PLLC
325 Eighth Street
Huntington, WV 25701-2225


Hendricks Coal Technologies LLC
3324 Pennsylvanis Ave
Ste 222
Charleston, WV 25302


Heritage International Trucks Inc
17033 US Hwy 23
Lousia, KY 41320


Highmark BCBS WV
614 Market St
Palestine, WV 26160


Holden Machine & Fabrication Inc
PO Box 678
Holden, WV 25625


Holy Smoke Coal
PO Box 664
Holden, WV 25625


Hosch Company
1002 International Dr
Oakdale, PA 15071-9223


Hosch, Inc.
1002 International Drive
Oakdale, PA 15071


Hospice Care
1606 Kanawha Blvd W
Charleston, WV 25387

Howard Mitchell
PO Box 1654
Gilbert, WV 25621


HRDirect
PO Box 452019
Fort Lauderdale, FL 33345-2019


Huntingon Steel & Supply
PO Box 1178
Huntington, WV 25714


Ian Gehring
2300 Right Hand Fork
Matewan, WV 25678


IDC Servco
PO Box 1925
Culver City, CA 90232-1925


Industrial Supply Company
PO Box 1906
Knoxville, TN 37901


Industrial Supply Solutions
PO Box 798012
Saint Louis, MO 63179-8000


Integra BMS
Attn COBRA Dept
PO Box 1240
Matthews, NC 28106


IRS
Federal Tax Deposit Processing
PO Box 970030
Saint Louis, MO 63197


J&H Electric Motor Repair
Box 165
Man, WV 25635


J&R Repairs, Inc.
PO Box 290
Danville, WV 25053

James A Redding Company
PO Box 951609
Cleveland, OH 44193


James Mooney Jr
5104 Big Tyler Rd
Charleston, WV 25313


JC Electric
PO Box 1099
Beaver, WV 25813


JD Westcott & Sons Inc
27276 US Hwy 119 North
South Williamson, KY 41503


Jenny Sturgill
110 Alexandra Jett Lane
Georgetown, KY 40324


Jesse Raines
5705 Teays Valley Rd
Scott Depot, WV 25560


JH Fletcher & Co
402 High St
Huntington, WV 25722-2187


JM Huber Corporation-HEM GCC
PO Box 60020
Charlotte, NC 28260


Joe Crum
PO Box 752
Logan, WV 25601


John L Preston PE LLC
PO Box 118
Belfry, KY 41514


John Turner
PO Box 233
North Matewan, WV 25688

John White
4 Front St
Matewan, WV 25678

Johson Industries Inc
101 Pine Fork
Pikeville, KY 41501

Jonathan Murphy
HC 37 Box 150
Edgarton, WV 25672

Joseph Valis
14 Englewood Road
Baltimore, MD 21210

Joshua Runyon
5250 Pond Creek Rd
Pinsonfork, KY 41555

Joy Global Underground Mining LLC
Mining Machinery Division
PO Box 504794
Saint Louis, MO 63150-4794

Justice Mine Service
PO Box 142
Justice, WV 24851

Justin Hatfield
13 Academy Dr
Matewan, WV 25678

Justin Vance
PO Box 508
Accoville, WV 25606

K&K Steam Cleaning & Contracting Inc
667 New Camp Road
South Williamson, KY 41503

Kanawha County Sheriff's Office
Tax Division
409 Virginia St E Rm 120
Charleston, WV 25301

Kanawha Scales & Systems Inc
PO Box 569
Poca, WV 25159


Kelly's Radiator Service Inc
974 KY Rt 1409 Pigeon Rd
Oil Springs, KY 41238


Kennametal Inc
PO Box 360249M
Pittsburgh, PA 15250


Kennametal Inc
c/o Clinton W. Smith (Notice Only)
405 Capitol St., Mezzanine Ste. 4
Charleston, WV 25301


Kenneth Vance
PO Box 87
Sarah Ann, WV 25644


Kentucky DEP
300 Fair Oaks Lane
Frankfort, KY 40601


Kinder Law Office
Gary O. Kinder, Attorney at Law
2210 Washington St.
Charleston, WV 25311


Kings Tire Service Inc
PO Box 3511
Bluefield, WV 24701


Komatsu Financial Limited Partnership
PO Box 99303
Chicago, IL 60693


Kristi Childress
2033 Mile Fork Road
Charleston, WV 25312


KWW Operations, LLC
2900 Linden Lane, Ste 300
Silver Spring, MD 20910

KY Dept of Natural Resources
Office of the Reclamation Guaranty Fund
Attn: Keith Smith
Frankfort, KY 40601


KY Division of Child Support
Centralized Collection Unit
PO Box 14059
Lexington, KY 40512


L J Hughes & Sons, Inc.
320 Turnpike Rd
Summersville, WV 26651


Larry Joe Harless Community Center
PO Box 1987
Gilbert, WV 25621


Larry Whitt
PO Box 603
Mc Carr, KY 41544


Leslie Equipment
PO box 3540
Pikeville, KY 41502


Lexington Insurance
99 High Street
Boston, MA 02110


Liberty Mutual Insurance
PO Box 2051
Keene, NH 03431-7051


Limestone Dust Corporation
PO Box 152
Bluefield, VA 24605


Lincoln Insurance
PO Box 2835
Attn Jared Meays
Omaha, NE 68103

Little Johns Wellington Co.
210 Prichard Street
Williamson, WV 25661


Lloyd & McDaniel
PO Box 23200
Louisville, KY 40223-0200


Lloyd Blankenship
811 Edgewood Dr., Apt A
Charleston, WV 25302


Logan Audiology & Hearing Aid
301 Stratton Street
Logan, WV 25601


Logan Auto Trim and Glass Shop, Inc.
PO Box 266
Logan, WV 25601


Logan Corporation
PO Box 58
Huntington, WV 25706


Logan Hydraulics Co. & Machine, Inc.
730 Riverview Ave.
Logan, WV 25601


Logan Regional Medical Center
PO Box 780
Logan, WV 25601


Logi-tec, Inc.
54 Owens Rd., Ste. A
PO Box 4408
Chapmanville, WV 25508


Lowe's
91 Norman Morgan Blvd.
Logan, WV 25601


LUMOS/INTELOS
PO Box 580062
Charlotte, NC 28258-0062

Lusk Hydraulic & Hose, LLC
PO Box 299
Princeton, WV 24740


Lynn Hunter
362 Canoe Run Rod
Looneyville, WV 25259


M W Kryzak & Sons Inc
17 Keystone Drive
Charleston, WV 25311-1031


Machinery Sales & Service, LLC
1512 North Big Run Rd
Ashland, KY 41102


Marc R Solochek
501 Tenth Avenue
Huntington, WV 25701


Mark's Auto Repair
PO Box 1106
Belfry, KY 41514


Marriott Harrison
Staple Court
11 Staple Inn Building
London WC1V 7QH


Marshall Miller & Associates Inc
534 Industrial Park Road
Bluefield, VA 24605


Mary Ann West
754 S Dogwood
Berea, KY 40403


Matheny Motor Truck Company
Dept. 959
PO Box 1000
Memphis, TN 38148-0959


Matthew Gibson
PO Box 91
Lorado, WV 25630

Matthew West
754 S Dogwood
Berea, KY 40403


Mayo Manufacturing Co Inc
54 Owens Road
Suite B
Chapmanville, WV 25508


McCoy Freightliner, Inc.
1375 Rt. 52
PO Box 438
Kenova, WV 25530


McGrew Tire Company, Inc.
PO Box 648
Holden, WV 25625


Metalcraft Mining Equipment Rebuilders
PO Box 58
Fenwick, WV 26202


Michelle Clark
PO Box 237
Maysel, WV 25133


Microsoft Corporation
One Microsoft Way
Redmond, WA 98052


Mid-State Cable & Mine Supply, Inc.
PO Box 189
Pecks Mill, WV 25547


Mike Ferrell Ford Lincoln
1705 W. 3rd Ave.
Williamson, WV 25661


Millard Cottle
160 Mudlick Branch
Matewan, WV 25678

Mine Lifeline, LLC
1432 South Main St.
PO Box 4542
Chapmanville, WV 25508


Mine Power Systems, Inc.
558 Industrial Park Road
Beaver, WV 25813


Mingo Pike Radiology
411 Central Ave., Ste 1
South Williamson, KY 41503


Mining Controls, Inc.
PO Box 1141
Beckley, WV 25802-1141


Mining Optimization LLC
1007 Vaughan Avenue E
Summersville, WV 26651


Mining Resistors, Inc.
PO Box 1020
Logan, WV 25601


Minova USA, Inc.
150 Carley Court
Georgetown, KY 40324


Minuteman Press
PO Box 8516
Charleston, WV 25303


Modular Technologies, Inc.
PO Box 6026
Kinston, NC 28501


Molico LLC
PO Box 909
Paintsville, KY 41240


Monk Mining Supply
PO Box 905895
Charlotte, NC 28290-5895

Montgomery Equipment
PO Box 17
Montgomery, WV 25136


Monty Hamilton
Rt 2, Box 147A
Delbarton, WV 25670


Moon Glow
PO Box 67
Lowmansville, KY 41232


Morris-Coker, Inc.
PO Box 1106
Beckley, WV 25802-1106


Motion Industries
600 Parkway Rd.
Charleston, WV 25309


Motion Masters, Inc.
2288 Roxalana Rd.
Dunbar, WV 25064


Mouldagraph Corporation
4134 1st Avenue
Nitro, WV 25143


Mountain Aggregates
PO Box 737
Elkhorn City, KY 41522


Mountain Mine Services
PO Box 564
North Tazewell, VA 24630


Mountain State Carpet Cleaning Company
PO Box 2452
Charleston, WV 25329


Mountaineer Gas Company
PO Box 362
Charleston, WV 25322

Mountaineer Thermo King
PO Box 601784
Charlotte, NC 28260-1784

Moutain Machinery, Inc.
PO Box 763
Virgie, KY 41572

MSHA
PO Box 790390
Saint Louis, MO 63179-0390

Mutters Office Cleaning, Inc.
PO Box 860
Mount Gay, WV 25637

NAPA Auto Parts
PO Box 409043
Atlanta, GA 30384-9043

Narco, Inc.
PO Box 549
Smithers, WV 25186

Nathan Williamson
Rt 2, Box 311
Delbarton, WV 25670

National Mine Supply, Inc.
PO Box 5261
Logan, WV 25601

NC Child Support Centralized Collection
PO Box 900012
Raleigh, NC 27675

NCA Enterprises Inc
PO Box 909
Paintsville, KY 41240

Nebert Brian Jarrell
3561 Hode Road
Warfield, KY 41267

New River Engineering, Inc.
202 School Drive
Belle, WV 25015


Nicelys Delivery Service, Inc.
PO Box 426
Mac Arthur, WV 25873


Nicholas Layne
45408 St Hwy 194E
Majestic, KY 41547


Nichols Construction, LLC
PO Box 932356
Atlanta, GA 31193


Norfolk Southern Corp
PO Box 116944
Atlanta, GA 30368-6944


Norton
350 Ellis Street
Mountain View, CA 94043


Norwest Corporation
136 East South Temple, St. 1200
Salt Lake City, UT 84111-1916


Obed Lee Johnson
Box 1584
Gilbert, WV 25621


Office of Administration Hearings
3536 Fountain Place
Frankfort, KY 40601


Office of Emergency Medical Services
350 Capitol St., Room 425
Charleston, WV 25301-3714


Office of Surface Mining
1951 Constitution Ave. NW
Washington, DC

Ogier House
The Esplanade
St Helier JE4 9WG


OH Division of Child Support
PO Box 182394
Columbus, OH 43218-2394


Ohio Casualty Insurance Company
PO Box 5001
Hamilton, OH 45012


OTP Industrial Solutions
PO Box 73278
Cleveland, OH 44193


Pacificorp, LLC
PO Box 2708
Charleston, WV 25330


Party King, Inc.
313 N. Eisenhower Dr.
Beckley, WV 25801


Paul's Repair Shop, Inc.
PO Box 61
Big Rock, VA 24603


Paxton Business Services
3324 Pennsylvania Ave., Ste. 203
Charleston, WV 25302


Peters Equipment Company, LLC
PO Box 1050
Bluefield, VA 24605


Philips Machine Service, Inc.
367 George Street
Beckley, WV 25801


Pietragallo, Gordon, Alfano, Bosick & Ra
301 Grant St., 38th Flr.
Pittsburgh, PA 15219-1407

Pike County Clerk
PO Box 631
Pikeville, KY 41502


Pikeville Medical Center
PO Box 2917
Pikeville, KY 41502


Pikeville Mining Tire Sales
PO Box 2741
Pikeville, KY 41502


Pineville Lumber Co., Inc.
PO Box 277
Varney, WV 25696


Pioneer Conveyor, LLC
170 Leon White Rd.
Oakland, MD 21550


Pitney Bowes Global
PO Box 371887
Pittsburgh, PA 15250-7887


Pitt Ohio Express, LLC
PO Box 643271
Pittsburgh, PA 15264


Pocahantas Development Corporation
PO Box 1517
Bluefield, WV 24701


Pocahantas Land Corporation
PO Box 1517
Bluefield, WV 24701


Powell Construction Company
Beckley Coal Division
125 Dye Dr., Ste. 3
Beckley, WV 25801


Precision Lawn Care
426 Gleaves Road
Ivanhoe, VA 24350

Precision Machinery, LLC
8370 Court Ave.
Hamlin, WV 25523


Precision Product Technologies, Inc.
325 Hedgerow Ct.
Kingsport, TN 37663


Preiser Scientific, Inc.
94 Oliver Street
PO Box 1330
Saint Albans, WV 25177-1330


Preparation Control Sales & Service
3409 Laurel Circle
Roanoke, VA 24018


Princeton Community Hospital
PO Box 1369
Princeton, WV 24740


Production Efficiency Corp.
PO Box 250
Ragland, WV 25690


Protective Life Ins Co
Van Meter Insurance Group
1240 Fairway Street
Bowling Green, KY 42103


Prudential Group Insurance
PO Box 101241
Atlanta, GA 30392-1241


Public Service Commission
Attn: Executive Director
301 Brooks Street
Charleston, WV 25323


Purchase Power-Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Quality Drug Testing, Inc.
PO Box 771
Stollings, WV 25646


Quality Forms Printing, Inc.
PO Box 861
Sophia, WV 25921


Quality Magnetite, LLC
PO Box 437
Kenova, WV 25530


Quality Mine Control, Inc.
PO Box 4358
Chapmanville, WV 25508


R.D. Allen Belt Services, LLC
PO Box 1149
Oak Hill, WV 25901


Raleigh Mine & Industrial Supply, Inc.
PO Box 72
Mount Hope, WV 25880


Raleigh Radiology, Inc.
PO Box 791119
Baltimore, MD 21279-1119


Randy Medlin
183 Short Lane
Corbin, KY 40701


Republic Diesel
PO Box 35650
Louisville, KY 40232


RESA III Public Service Training
501 22nd Street
Dunbar, WV 25064


Rhino Industries
5102 Aarons Fork Road
Elkview, WV 25071

Richard Tillery
1127 Flat Gap Road
Berea, KY 40403


Richwood Industries, Inc.
PO Box 1298
Huntington, WV 25714-1298


Rick Preston
PO Box 234
Pinsonfork, KY 41555


Rick Robinette
1724 W. 5th Ave.
Williamson, WV 25661


Rickey D. Ross
PO Box 263
Whitman, WV 25652


Ricoh Americas Corporation
PO Box 4245
Carol Stream, IL 60197-4245


Riley, Mannon & Sturgeon, LTD
PO Box 517
Barboursville, WV 25504


Rio Group, Inc.
PO Box D
Holden, WV 25625


Rish Equipment Company
PO Box 330
Bluefield, WV 24701-0330


Robert Sherrill
HC 81, Box 379
Matewan, WV 25678


Rock and Coal Construction, Inc.
PO Box 203
Rush, KY 41168

Rock Bits, Inc.
PO Box 1270
Craryville, NY 12521


Rock Drillers North, Inc.
PO Box 86
White Sulphur Springs, WV 24986


Roger Evans
Route 1, Box 24
Harts, WV 25524


Rogers Petroleum Services, Inc.
PO Box 192
Pikeville, KY 41502


Ronnie Jackson
PO Box 86
Kermit, WV 25674


Rosco Lester
PO Box 263
Mc Carr, KY 41544


Roto Rooter Plumbers
PO Box 7582
Charleston, WV 25356


Royal Machine Works, Inc.
8936 Dismal River Road
Oakwood, VA 24631


Royalty Builders
Rt. 52, Box 179A
Delbarton, WV 25670


RSUI Indemnity Company
945 E. Paces Femy Rd.
Ste. 1800
Atlanta, GA 30326


RUDD Equipment Company
Dept. 77432
PO Box 77000
Detroit, MI 48277-0432

Rufus West
754 South Dogwood
Delbarton, WV 25670


S&D Management Services, Inc.
Rt. 1, Box 299C
Delbarton, WV 25670


S&H Chemical, LLC
PO Box 410
Phelps, KY 41553


S&S Tire
1475 Jingle Bell Lane
Lexington, KY 40509


S&T Welding, Inc.
PO Box 39
Pineville, WV 24874


Saber Supply Company, Inc.
PO Box 936
Beckley, WV 25801


Sam's Club
2500 Moutaineer Blvd
Charleston, WV 25309


SAMINCO Electric Traction Drives, Inc.
10030 Amberwood Rd.
Fort Myers, FL 33913


Sammons Law Offices, PLLC
PO Box 1844
Gilbert, WV 25621


Sammons Supply & Contracting
Rt. 52 Main Street
Gilbert, WV 25621


Scale Automation Systems, Inc.
522 King Street
Dunbar, WV 25064

SCM, Inc.
PO Box 381
Northfork, WV 24868


Scott Blackburn
100 Right Fork of Peter Fork
Mc Carr, KY 41544


Sean Butcher
HC 71, Box 15
Wharncliffe, WV 25651


Service Center
1001 Washington St. W
Charleston, WV 25302


Service Pump & Supply Co Inc
PO Box 2097
Huntington, WV 25721-2097


Seton
PO Box 95904
Chicago, IL 60694-5904


Sew What
134 Goff Mountain Road
Charleston, WV 25313


Shearman & Sterling
Broadgate West
9 Appold Street
London EC2A 2AP


Shelby Equipment, Inc.
27687 State Route 1
West Harrison, IN 47060


Sheriff of Logan County
Logan County Courthouse Room 208
Logan, WV 25601


Sheriff of Mingo County
Sheriff's Tax Office
PO Box 1270
Williamson, WV 25661

ShoppingCCTV.com
12328 Valley Blvd., #A
El Monte, CA 91732


Shrewsburgh Machine & Gear, Inc.
PO Box 1120
Athens, WV 24712


Sidney L. Price
PO Box 238
Kincaid, WV 25119


Silver Spur Conveyors, Inc.
PO Box 490
Raven, VA 24639


Smith's Well Drilling, LLC
PO Box 475
Mc Arthur, OH 45651


Smith-Manus
2307 River Road
Suite 200
Louisville, KY 40206-5005


Solid Steel Solutions, Inc.
120 Whitmer Park Road
Middlesboro, KY 40965


Southern Coalfields Mine Rescue Assoc.
PO Box 142
Justice, WV 24851


Southern WV Community & Technical Colleg
PO Box 2900
Mount Gay, WV 25637


Stacy Equipment & Rental, Inc.
PO Box 424
Gilbert, WV 25621


Stad Drug Testing Services, Inc.
PO Box 142
Justice, WV 24851

Stafford EMS, Inc.
PO Box 1098
Wharncliffe, WV 25651


Standard Hydraulics Inc
PO Box 1
Slab Fork, WV 25920


Standard Laboratories, Inc.
147 11th Ave., Ste. 100
Charleston, WV 25303


Starband
PO Box 8739
Philadelphia, PA 19101-8739


Starters
116 East End 2nd Ave.
Williamson, WV 25661


State Electric Supply Co.
PO Box 890889
Charlotte, NC 28289-0889


State Equipment, Inc.
PO Box 3939
Charleston, WV 25339


State of Delaware
Division of Corporations
PO Box 5509
Binghamton, NY 13902-5509


State of WV (MHST)
891 Stewart St.
Welch, WV 24801-2311


State Wide Concrete Pumping, Inc.
5140 Big Tyler Rd.
Charleston, WV 25313


SteelCON Supply Company
265 Industrial Drive
Beckley, WV 25801

Steele Consulting, LLC
201 Elmherst Drive
Logan, WV 25601

Stephen Scott
PO Box 134
Hardy, KY 41531

Steve Francis Trucking
PO Box 898
Belfry, KY 41514

Stone Enterprises, LLC
PO Box 64
Belfry, KY 41514

Streamline Enterprises LLC
Rt. 65/5 Rockhouse Rd.
PO Box 101
Ragland, WV 25690

Streamline Enterprises, LLC
Rt. 65/5 Rockhouse Rd.
PO Box 101
Ragland, WV 25690

Suddenlink
PO Box 660365
Dallas, TX 75266-0365

Summerlee Parts & Supplies, Inc.
PO Box 1209
Oak Hill, WV 25901

Summit Engineering
131 Summit Drive
Pikeville, KY 41501

Superior CeramX, Inc.
PO Box 267
Mabscott, WV 25871

Superior Filter Co., Inc.
PO Box 686
Man, WV 25635

Superior Mine Supply, Inc.
PO Box 1479
Logan, WV 25601


Superior Steam Cleaning & Sandblasting
PO Box 311
Bradley, WV 25818


Suttle & Stalnaker
1411 Virginia St., East, Ste. 100
Charleston, WV 25301


Swormsco, Inc.
PO Box 99
607 Listie Road
Listie, PA 15549


T Yowonske Enterprises
1143 Ridge Road
Belle Vernon, PA 15012


T-3 Mining Repair, Inc.
PO Box 517
North Tazewell, VA 24630


Target Drilling, Inc.
1112 Glacier Drive
Smithton, PA 15479


TBSK Consulting, LLC
HC 81 Box 44H
Matewan, WV 25678


TDT, LLC
PO Box 217
Prosperity, WV 25909


Teays Incorporated
PO Box 414
Mount Hope, WV 25880


Ted Floyd, III
RR 3, Box 361
Delbarton, WV 25670

TEE Engineering Co Inc
320 Cutters Hill Ct
Lexington, KY 40509


Telephone Movers of WV Inc
201 Trent Street
Saint Albans, WV 25177


The Estate of Troy Curry
PO Box 478
Ragland, WV 25690


The Halle Companies
2900 Linden Lane, Ste. 300
Silver Spring, MD 20910


The Leasing Group, Inc.
PO Box 9630
Knoxville, TN 37940


The Lincoln National Life Ins Company
PO Box 0821
Carol Stream, IL 60132-0821


The Logan Banner
PO Box 690
Miamisburg, OH 45342


The Wells Group, LLC
PO Box 28
West Liberty, KY 41472


Ther Vernon Company
Dept. C, One Promotion Place
PO Box 600
Newton, IA 50208-2065


Thornhill Ford Lincoln-Mercury, Inc.
US Rt. 119 - Corridor G
Chapmanville, WV 25508


Three Rivers Packaging, Inc.
301 Smith Drive, Ste. 5
Cranberry Twp, PA 16066-6209

Three Z LLC
5 Hunter Point Road
Charleston, WV 25314


Tim Lester
PO Box 1934
Williamson, WV 25661


Tincher Safety, Inc.
PO Box 38
Cabin Creek, WV 25035


Tireman & Auto Repair
302 Vinson Street
Williamson, WV 25661


Town of Gilbert
PO Box 188
Gilbert, WV 25621


Tractor Supply Company
169 Southside Mall Road
South Williamson, KY 41503


Tramco Services, Inc.
PO Box 770
Williamson, WV 25661


Trey K. Electric
PO Box 235
6290 State Highway 194 East
Kimper, KY 41539


Tri-State Laboratory Services, LLC
131 Summit Drive
Pikeville, KY 41501


Trician K. Phillips
4945 Pond Creek Road
Pinsonfork, KY 41555


Troy Curry
PO Box 478
Ragland, WV 25690

Troy Hendricks
PO Box 703
Danville, WV 25053


True Line Inc
PO Box 85
Thorpe, WV 24888


Twilight Energy, LLC
1010 Grandview Gardens
Kenova, WV 25530


U.S. Nuclear Regulatory Commission
PO Box 979051
Saint Louis, MO 63197


U.S. Postmaster
PO Box Fee Payment
Charleston, WV 25301


Unemployment Compensation Division
PO Box 106
Charleston, WV 25321


Unique Contracting Inc
PO Box 128
Chapmanville, WV 25508


United Bank
500 Virginia St. E.
Charleston, WV 25322


United Central Industrial Supply, LLC
PO Box 1919
Bristol, TN 37621


United Distsributing Company, Inc.
PO Box 1452
Charleston, WV 25302


United Healthcare
Dept. CH 10151
Palatine, IL 60055-0151

United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001


Universal Coal Filters and Supply
PO Box 1659
Beckley, WV 25802


Universal Starter & Alternator, Inc.
PO Box 426
Matewan, WV 25678


US Bearing and Power Transmission Corp
PO Box 1216
Scott Depot, WV 25560


US Dept of Treasury
PO Box 70958
Charlotte, NC 28272


US Equipment, Inc.
PO Box 6606
Huntington, WV 25772


USNRC
US Bank Accounts Receivable Team
US Nuclear Regulatory Commission
Saint Louis, MO 63197-9000


Van Meter Insurance
181 Prosperous Place
Lexington, KY 40509


Venta, LLC
PO Box 11361
Charleston, WV 25339


Veyance Industrial Services, Inc.
National Belt Service of WV
PO Box 603134
Charlotte, NC 28260-3134


Viking Machinery Company
128 Scott Street
Kingsport, TN 37664

Virginia Drilling Company, LLC
PO Box 1198
Vansant, VA 24656


W&B Fabricators, Inc.
185 Cleveland Place
Princeton, WV 24740


Walker Machinery
PO Box 905258
Charlotte, NC 28290-5258


Walkers
6 Gracechurch St
London EC3V 0AT


Waste Management
PO Box 13648
Philadelphia, PA 19101-3648


WC Hydraulics LLC
172 Philpot lane
Beaver, WV 25813


Weir Slurry Group, Inc.
21976 Network Place
Chicago, IL 60673


Wesco Distribution
256 Ragland Road
Beckley, WV 25801


West River Conveyors & Machinery Co.
8936 Dismal River Road
Oakwood, VA 24631


West Virginia American Water
PO Box 371880
Pittsburgn, PA


West Virginia BCSE
PO Box 247
Charleston, WV 25321

West Virginia Coal Venture I LLC
2900 Linden Lane, Ste. 300
Silver Spring, MD 20910


West Virginia Coal Venture I, LLC
2900 Linden Lane, Ste. 300
Silver Spring, MD 20910


West Virginia Division of Air Quality
601 57th Street SE
Charleston, WV 25304


West Virginia Divisions of Forestry
Region 3, Box 189
Milton, WV 25541


West Virginia State Tax Department
Revenue Division
PO Box 2745
Charleston, WV 25330-2745


Westchester Fire Insurance Company
Professional Risk Division
11575 Great Oaks Way, Ste. 200
Alpharetta, GA 30022


White Armature Works, Inc.
Box 330, St. Rt. 10
Mallory, WV 25634


William Vanover
39 Jeff Jude Road
Pilgrim, KY 41250


Williamson ARH
260 Hospital Drive
South Williamson, KY 41503


Williamson Daily News
PO Box 690
Miamisburg, OH 45342


Williamson Medical Group, Inc.
PO Box 1097
Williamson, WV 25661

Wilson Equipment Co.
PO Box 11520
Lexington, KY 40576


Workforce WV
112 California Ave., #5105
Charleston, WV 25305


Worldwide Equipment
PO Box 2208
Decatur, AL 35609-2208


Wright Concrete & Construction Inc.
PO Box 358
Dorton, KY 41520


Wright Concrete Underground LLC
PO Box 358
Dorton, KY 41520


Wright Concrete Underground LLC
c/o Christian R. Harris (Notice Only)
128 East Second Ave.
PO Box 257
Williamson, WV 25661


Wrightway Ready Mix, Inc.
PO Box 429
Dorton, KY 41520


WV Dept of Environmental Protection
Division of Air Quality
601 57th Street, SE
Charleston, WV 25304


WV Office of EMS
350 Capitol Street, Room 425
Charleston, WV 25301


WV Office of Miners' Health, Safety & Tr
137 Peach Court, Suite 2
Danville, WV 25053

Xpress Conveyor & Vulcanizing, Inc.
PO Box 1465
Middlesboro, KY 40965


Zee Medical Inc.
PO Box 781503
Indianapolis, IN 46278-8503


Zener Mine Service
PO Box 307
Omar, WV 25638

```
Blackthorn Mining Company, LLC
2720 Pennsylvania Ave.
Suite A
Charleston, WV 25302


Glen Alum Land, LLC
2720 Pennsylvania Ave.
Suite A
Charleston, WV 25302


Glen Alum Operations, LLC
2720 Pennsylvania Ave.
Suite A
Charleston, WV 25302


Hendricks Coal, LLC
2720 Pennsylvania Ave.
Suite A
Charleston, WV 25302


Hendricks Mining, LLC
2720 Pennsylvania Ave.
Suite A
Charleston, WV 25302


Investec Bank Plc
2 Gresham Street
London, EC2V 7QP, UK


Jenever, LLC
2720 Pennsylvania Ave.
Suite A
Charleston, WV 25302


West Virginia Coal Venture I LLC
2900 Linden Lane, Ste. 300
Silver Spring, MD 20910
```

# United States Bankruptcy Court
## Southern District of West Virginia

In re   **Glen Alum Holding, LLC**               Case No.                           

Debtor(s)            Chapter     **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Glen Alum Holding, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Hendricks Coal LLC**
**2700 Pennsylvania Ave.**
**Suite A**
**Charleston, WV 25302**

☐ None [*Check if applicable*]

**July  3, 2016**

Date

**/s/ Gary Kinder**

**Gary Kinder 7732**

Signature of Attorney or Litigant

Counsel for   **Glen Alum Holding, LLC**

**Kinder Law Office**
**2210 Washington St. E.**
**Charleston, WV 25311**
**304-760-5335**
**gary@kinderlawoffice.com**