# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

|  |  |
|---|---|
| IN RE: ) | Case No. 16-20364 |
| ) | |
| GLEN ALUM HOLDING, LLC, ET AL., ) | Chapter 7 |
| ) | |
| DEBTORS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned case as counsel on behalf of Investec Bank plc ("Investec Bank") and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, or otherwise, which affects Investec Bank or this case to be served upon:

Ronald E. Gold, Esq.
Ohio Bar No. 0061351
Douglas L. Lutz, Esq.
Ohio Bar No. 0064761
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
513-651-6800 Telephone
513-651-6981 Facsimile
rgold@fbtlaw.com
dlutz@fbtlaw.com

Jared M. Tully, Esq.
W. Va. Bar No. 9444
**FROST BROWN TODD LLC**
500 Lee Street East, Suite 401
Charleston, West Virginia 25301
304-348-2404  Telephone
304-345-0115  Fax
jtully@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Investec Bank, specifically but not limited to (i) its right to have final orders in matters entered only after *de novo* reviewed by a

District Court judge, (ii) its right to a trial by jury in any proceeding to triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Investec Bank is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: July 6, 2016                               Respectfully submitted,

**FROST BROWN TODD LLC**

By:  */s/ Jared M. Tully*
Jared M. Tully (WV Bar No.: 9444)
500 Lee Street East, Suite 401
Charleston, West Virginia 25301
304-348-2404  Telephone
304-345-0115  Fax
jtully@fbtlaw.com

**-AND-**

Ronald E. Gold
*Pro hac vice* admission pending
Ohio Bar No. 0061351
Douglas L. Lutz
*Pro hac vice* admission pending
Ohio Bar No. 0064761
3300 Great American Tower
301 East 4th Street
Cincinnati, Ohio  45202
513-651-6800  Telephone
513-651-6981  Facsimile
rgold@fbtlaw.com
awebb@fbtalw.com

**COUNSEL FOR INVESTEC BANK plc**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of July, 2016, a true and correct copy of the foregoing was served upon all parties receiving CM/ECF noticing.

> */s/Jared M. Tully*
> Jared M. Tully, Esq.

0133697.0636274   4824-7881-4772v1