# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **GLEN ALUM HOLDING, LLC** | **Case No. 16-20364** |
| Delaware limited liability company, et al. [1] | Related Case Nos.   16-20362, 16-20363, 16-20365, 16-20366 |
| Debtors. | **(Joint Administration Pending)** |

## ORDER DIRECTING JOINT
## ADMINISTRATION OF RELATED CHAPTER 7 CASES

This matter coming before the Court on the Trustee's Motion for an Administrative Order Directing Joint Administration of Related Chapter 7 Cases (the "Motion") filed by the trustee (the "Trustee") in the chapter 7 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); the Court having reviewed the Motion and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) notice of this Motion being sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing:

---

[1] The Debtors are the following entities (followed by the last four digits of their tax identification numbers): Glen Alum Holding, LLC (6229); Glen Alum Operations, LLC (6579); Glen Alum Land, LLC (6445), Blackthorn Mining Company, LLC (7446), and Jenever, LLC (5694). The service address for all of the Debtors for purposes of these chapter 7 cases is: 2720 Pennsylvania Ave., Suite A, Charleston, WV 25302.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Objections to the Motion, if any, shall be and hereby are, OVERRULED.

3. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 16-20364 (the "Main Case").

4. Pleadings in these cases are authorized and required to bear a consolidated caption in the form set forth on <u>Exhibit A</u> attached to the Motion and incorporated herein by reference, which caption is approved in all respects.

5. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket shall be the file and docket for Glen Alum Holding, LLC.

6. A docket entry shall be made on the docket in each of the above-captioned cases (other than the Main Case) substantially as follows:

> "An order has been entered in this case directing the joint administration of the chapter 11 cases of Glen Alum Holding, LLC, *et al.* The docket in Case. No. 16-20364 should be consulted for all matters affecting this case."

7. Notwithstanding the relief granted herein, any creditor filing a proof of claim against any of the Debtors shall file such proof of claim in such Debtors' individual chapter 7 cases and not solely in the jointly administered case, but shall file a notice of the claim and request for notice in Case No. 16-20364.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 7 cases.

4820-0341-9188.v1

9. Incorporation of the caption set forth on Exhibit A to the Motion shall be deemed full compliance with Section 342(c)(1) of the Bankruptcy Code.

10. This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation and enforcement of this Order.

11. This Order is effective immediately upon entry.