IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| GLEN ALUM HOLDING, LLC | ) | Case No. 16-20364 |
| | ) | Related Case Nos.    16-20362, 16-20363, |
| Delaware limited liability | ) | 16-20365, 16-20366 |
| Company, *et al.*[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

---

**NOTICE OF APPEARANCE OF BILLY R. SHELTON,
ESQ. AS COUNSEL FOR WEST VIRGINIA COAL VENTURE I LLC**

---

Come Billy R. Shelton, Esq. and the law firm of Jones Walters Turner & Shelton PLLC, 2452 Sir Barton Way, Suite 101, Lexington, Kentucky 40509 ("Counsel") and hereby enter their appearance herein as counsel for West Virginia Coal Venture I LLC ("WVCVI").  Pursuant to Fed. R. Bankr. P. 2002, Counsel hereby requests that copies of all notices, pleadings, and other matters filed herein be served on Counsel and that they be placed on the Court's electronic service list.

Please take further notice that WVCVI intends that neither this Notice of Appearance nor any later document, pleading, claim or suit filed by WVCVI shall waive (1) the right of WVCVI to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) the right of WVCVI to a trial by jury in any proceeding so triable in this case or any case, controversy or adversary proceeding arising in or related to this case; (3) the right of WVCVI to have the District Court withdraw the reference in any matter subject to mandatory or

---

[1]  The Debtors are the following entities (followed by the last four digits of their tax identification numbers):  Glen Alum Holding, LLC (6229); Glen Alum Operations, LLC (6579); Glen Alum Land, LLC (6445); Blackthorn Mining Company, LLC (7446); and Jenever, LLC (5694).  The service address for all of the Debtors for purposes of these chapter 7 cases is:  2720 Pennsylvania Ave., Suite A, Charleston, WV 25302.

discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which WVCVI is or may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserve.

<div style="margin-left: 40%;">

Respectfully submitted,


/s/ Billy R. Shelton_____
Billy R. Shelton, Esq. (WV Bar # 12926)
Jones Walters Turner & Shelton PLLC
2452 Sir Barton Way, Suite 101
Lexington, KY  40509
Telephone:  (859) 294-6868
billys1@jwtslaw.com
COUNSEL FOR WEST VIRGINIA
COAL VENTURE I LLC

</div>

## CERTIFICATE OF SERVICE

This document has been electronically filed and served via the Court's ECF System on July 15, 2016.

<div style="margin-left: 40%;">

/s/ Billy R. Shelton
Billy R. Shelton, Esq.
COUNSEL FOR WEST VIRGINIA
COAL VENTURE I LLC

</div>

Z:\Clients\Kentucky Coal Venture (MJG-PL)\WVCVI LLC\Pleadings\BRS notice of appearance 16-20364.doc